UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID M. FIELDS,

        Plaintiff,                           Case No. 4:04cv66

v.                                                 Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL SECURITY,

        Defendants.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on June 9, 2005. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 9, 2005, is **APPROVED AND ADOPTED** as the opinion of the court.

        **IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**.

                                                    /s/Gordon J. Quist
                                                  Hon. Gordon J. Quist
                                                  U.S. District Judge

Dated: July 6, 2005